IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAT CHANDLER )
)
v. ) NO. 3-12-0767
) JUDGE CAMPBELL
REGIONS BANK )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 33). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The pretrial conference set for November 25, 2013, and the jury trial set for December 3, 2013, are canceled. Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE